**Electronically Filed
Supreme Court
SCPW-25-0000442
11-MAR-2026
08:27 AM
Dkt. 6 ODDP**

SCPW-25-0000442

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JASEN NIELSEN,
Petitioner,

vs.

THE HONORABLE STEPHANIE CHAR,
Judge of the Family Court of the Fifth Circuit,
State of Hawaiʻi, Respondent Judge,

and

JACKLYN PERALES,
Respondent.

---

ORIGINAL PROCEEDING
(5DV211000119)

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Upon consideration of the petition for writ of prohibition filed June 10, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537

P.3d 1154, 1166 (2023).  It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, March 11, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Lisa W. Cataldo

